UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY BERRY, JR., <br>(Inmate # P00184337) | § <br> § <br> § | |
| Petitioner, | § <br> § | |
| vs. | § <br> § | CIVIL ACTION NO. H-23-338 |
| SHERIFF OF FORT BEND COUNTY, | § <br> § <br> § | |
| Respondent. | § | |

## MEMORANDUM OPINION DISMISSING CASE

The petitioner, Gregory Berry, Jr., (Inmate # P00184337), is a pretrial detainee in the Fort Bend County Jail. Representing himself, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 against the Sheriff of Fort Bend County, (Docket Entry No. 1), apparently challenging his continued pretrial detention on a charge of aggravated assault with a deadly weapon. The petition appears to be incomplete, it contains no substantive allegations of any kind, and it does not identify the relief that Berry is seeking. (*Id.*). The court ordered Berry to file an amended petition using the approved form for habeas petitions from state pretrial detainees. (Docket Entry No. 3). The court also notified Berry that he must either pay the $5.00 filing fee for a habeas corpus proceeding or file a properly supported motion to proceed without prepaying the filing fee. (*Id.*). The court provided Berry with the appropriate forms and warned him that failure to timely comply with the court's order could result in dismissal of his action without further notice under Federal Rule of Civil Procedure 41(b).

To date, Berry has not filed an amended petition as ordered, and he has neither paid the filing fee nor filed a motion for leave to proceed without prepaying the filing fee. His time to do so under the court's order has expired. Berry's failure to pursue this action forces the court to

conclude that he lacks due diligence. Dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (a district court may dismiss an action on its own for failure to prosecute or to comply with any court order).

Berry is advised that he may seek relief from this order under Federal Rule of Civil Procedure 60(b) if he can show good cause for failing to comply with the court's order and the local rules. Any motion under Rule 60(b) must be accompanied by an amended petition on the proper form and either the filing fee of $5.00 or a properly supported motion to proceed without prepaying the filing fee, including a certified copy of his inmate trust fund account statement.

Berry's petition, (Docket Entry No. 1), is dismissed without prejudice for want of prosecution.

SIGNED on March 13, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge